UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH GOSZTYLA, | No. 2:21-cv-1717 CKD P |
| Plaintiff, | |
| v. | ORDER |
| B. LY, et al., | |
| Defendants. | |

Plaintiff has requested an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 15) is granted;

2. Plaintiff is granted 30 days within which to file an amended complaint. Failure to file an amended complaint within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: March 31, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gosz1717.ext