IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD GOSZTYLA,** | 2:21-cv-01717 CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **B. LY, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request for a forty-nine day extension of time to file a responsive pleading is GRANTED. Defendants may file a responsive pleading on or before March 10, 2023.

Dated: January 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE