Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Garrett L. Seuell, State Bar No. 323175
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6144
 Fax: (916) 324-5205
 E-mail:  Garrett.Seuell@doj.ca.gov
*Attorneys for Defendants Ly and Archibald*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD GOSZTYLA,**<br><br>                                      Plaintiff,<br><br>        v.<br><br>**B. LY, et al.,**<br><br>                                      Defendants. | 2:21-cv-01717 CKD<br><br>**ORDER**<br><br>Judge:        The Honorable<br>                    Carolyn K. Delaney<br>Trial Date:  TBA<br>Action Filed: September 21, 2021 |

Defendants request the Court to vacate its order staying the case and referring the matter to the Post-Screening Alternative Dispute Resolution (ADR) Project. After reviewing Defendants' request, and good cause appearing, Defendants' request is GRANTED. The stay entered is hereby lifted. By separate order, the court will set a schedule for discovery and the filing of pretrial motions.

**IT IS SO ORDERED**.

Dated:  July 26, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE