UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>   Plaintiff,<br><br>   v.<br><br>B. LY, et al.,<br><br>   Defendants. | No.  2:21-cv-1717 CKD P<br><br><br>ORDER |

On December 18, 2023, plaintiff filed a motion asking that the court compel defendant Berry to provide further responses to interrogatories. Discovery closed on November 24, 2023, so the motion is not timely.[1] Also, the motion is vague in that plaintiff asks that Berry be ordered to file further responses to all of his interrogatories. Objections to responses to requests for discovery generally must be particular to each request.

/////

/////

/////

/////

---

[1] Documents submitted by prisoners in a 42 U.S.C. § 1983 action such as this are deemed filed when the prisoner gives the document to a prison official for mailing. Douglas v. Noelle, 567 F.3d 1103, 1107 (9th Cir. 2009). However, plaintiff does not indicate when that occurred with respect to his motion to compel and it is not likely it occurred before the close of discovery.

1

1 | In light of the foregoing, IT IS HEREBY ORDERED that plaintiff's December 18, 2023,
2 | motion to compel is denied.
3 | Dated: January 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gost1717.mtc

2