1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TYLER V. HEATH, State Bar No. 271478
   Supervising Deputy Attorney General
3  GARRETT L. SEUELL, State Bar No. 323175
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-6144
6   Fax: (916) 324-5205
    E-mail: Garrett.Seuell@doj.ca.gov
7  *Attorneys for Defendants Ly and Archibald*

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                     SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD GOSZTYLA,** | 2:21-cv-01717 CKD |
| Plaintiff, | **ORDER** |
| v. | |
| **B. LY, et al.,** | |
| Defendants. | |

Defendants request a thirty (30) day extension of the deadline to file a dispositive motion. After reviewing Defendants' request, and good cause appearing, Defendants' request is GRANTED. Defendants shall have an additional thirty (30) days, or until March 18, 2024, to file a dispositive motion.

Dated: February 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE