UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B. LY, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01717-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 58, 69) |

Plaintiff, a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 15, 2025, the magistrate judge issued findings and recommendations, which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (Doc. No. 69.) On January 27, 2025, Plaintiff filed objections to the findings and recommendations. (Doc. No. 70.) Defendants filed a response thereto on February 4, 2025. (Doc. No. 71.) Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations of the magistrate judge.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported

by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 15, 2025 (Doc. No. 69) are ADOPTED in full;
2. Defendants' motion for summary judgment (Doc. No. 58) is GRANTED; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **September 29, 2025**

Dena Coggins
United States District Judge

2